Case 2:13-cv-00165-JLQ    Document 14    Filed 09/19/13

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DAVID HILL,<br>*Plaintiff*<br>v.<br>THE CITY OF SPOKANE, ALL CITY BAILBONDS, DENNIS KARIORES, "JANE DOE"KARIORES, ALLEN EDWARDS and "JANE DOE" EDWARDS,<br>*Defendant* | Civil Action No.  13-CV-0165-JLQ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  ECF Nos. 8 and 11 the First AmendedComplaint, ECF No. 10, and the claims therein shall be DISMISSED with prejudice as legally frivolous under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  September 19, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia